**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| BEVERLY J. HIGHTOWER | ) Case No.: 05-02051-PL-JMM |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtor | ) |

   Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 140757 | 02/27/2009 | BEVERLY J. HIGHTOWER<br>1184 E. DELANO DRIVE<br>CASA GRANDE, AZ 85222-1608 | $827.00 |
| | | **Total** | **$827.00** |

   The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $827.00 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

                                                              **/s/ Dianne C. Kerns, #011557**
                                                              Dianne C. Kerns, Esq.
                                                              Chapter 13 Trustee